IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS RAMIREZ ROMERO,<br><br>Defendant. | CRIMINAL ACTION FILE<br><br>NO. 1:21-CR-394-MHC-CCB-1 |

## ORDER

This case is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge [Doc. 113] recommending that Defendant Carlos Ramirez Romero's Motion to Suppress [Doc. 74] be denied in part and denied as moot in part. The Order for Service of the R&R [Doc. 114] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No party has filed objections to the R&R within the time permitted.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain

error.  See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).  The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 113] as the Opinion and Order of the Court.  It is hereby **ORDERED** that the portion of Defendant Carlos Ramirez Romero's Motion to Suppress [Doc. 74] that seeks to suppress Defendant's statements is **DENIED AS MOOT** because the Government has represented that it will not use Defendant's statements in its case in chief, and the remainder of the Motion to Suppress is **DENIED**.

**IT IS SO ORDERED** this 13th day of June, 2023.

_____
MARK H. COHEN
United States District Judge